# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130301

ODESSA HALLMAN, Personal
Representative of the Estate of LEONARD
HALLMAN, JR., Deceased,
        Plaintiff-Appellant,

v

HOLY CROSS HOSPITAL OF DETROIT,
d/b/a ST. JOHN NORTHEAST COMMUNITY
HOSPITAL, NADIMPALLI RAJU, M.D.,
COMMUNITY CASE MANAGEMENT,
and ESSIE L. MOORE, MSW,
        Defendants-Appellees,

and

LATHAM ADULT FOSTER CARE HOME, L.L.C.,
        Defendant.
_____/

SC: 130301
COA: 262527
Wayne CC: 03-310847-NH

On order of the Court, the application for leave to appeal the October 25, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the Court of Appeals judgment and REMAND this case to that court for reconsideration on the original record or, if filed, consideration of a motion to expand the record. The panel erred in allowing defendants to expand the record without first having moved to do so. MCR 7.210(A)(1).

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

d0524

Clerk